UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY C. DURAN,

       Plaintiff,

  -against-

J.C. REFINISHING CONTRACTING CORP.,
TYLMAN R. MOON & ASSOCIATES, P.A.
and HARVEY ELECTRONICS, INC. d/b/a
HARVEY HOME ELECTRONICS,

       Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/18/08
```

**STIPULATION TO EXTEND**

Docket No.: 07 CV 11584

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the attorneys for the respective parties that the time for the defendant to answer the complaint on the above-captioned action be extended to February 8, 2008. DEFENDANT ACKNOWLEDGES GOOD AND VALID SERVICE.

Dated: Great Neck, New York
   January 9, 2008

_____
TIMOTHY C. DURAN
Plaintiff, Pro Se
330 Commercial Street
San Jose, California 95112
(408) 275-1555

_____
KEVIN J. KILEY (KJK-3706)
KILEY, KILEY & KILEY, PLLC.
Attorneys for the Defendant
J.C. REFINISHING
 CONTRACTING CORP.
Office and Post Office Address
107 Northern Boulevard, Suite 304
Great Neck, New York 11021
(516) 466-7900

SO ORDERED: 1/17/08

_____
U.S.D.J.