UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X CIVIL ACTION NO. 07 CV 11584
TIMOTHY C. DURAN,

                                    Plaintiff,      STIPULATION EXTENDING
                                                    TIME TO ANSWER OR TO
        -against-                                   OTHERWISE RESPOND

J.C. REFINISHING CONTRACTING CORP.,
TYLMAN R. MOON & ASSOCIATES, P.A.
and HARVEY ELECTRONICS, INC. d/b/a
HARVEY HOME ELECTRONICS,

                                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/67

IT IS HEREBY STIPULATED that the time for the defendant, TYLMAN R.

MOON & ASSOCIATES, P.A., to appear and to answer, amend or supplement the

answer as of course, or to make any motion with relation to the summons or to the

complaint in this action, be and the same hereby is extended to and including February 8,

2008. DEFENDANT ACKNOWLEDGES GOOD AND VALID SERVICE.

Dated: Flushing, New York
       January 23, 2008


_____                    _____
Timothy C. Duran                             Gary J. Dmoch, Esq. (GD9667)
Plaintiff, Pro Se                            Gary John Dmoch & Associates
330 Commercial Street                        Attorneys for Defendant
San Jose, CA 95112                           Tylman R. Moon & Associates, P.A.
(408) 275-1555                               171-22 Northern Boulevard
                                             Flushing, New York 11358
                                             (718) 939-4444


SO ORDERED: 1/28/08
_____
            U.S.D.J.