**GARY JOHN DMOCH & ASSOCIATES**
Gary J. Dmoch (GD9667)
171-22 Northern Boulevard
Flushing, NY 11358
Telephone: 718-939-4444
Facsimile: 718-445-2520

Attorneys for Defendant
**TYLMAN R. MOON & ASSOCIATES, P.A.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TIMOTHY C. DURAN,**<br><br>      **Plaintiff,**<br><br> -against -<br><br>**J.C. REFINISHING CONTRACTING CORP. TYLMAN R. MOON & ASSOCIATES, P.A. and HARVEY ELECTRONICS, INC. d/b/a HARVEY HOME ELECTRONICS,**<br><br>      **Defendants.** | CASE NO. 07 CV 11584<br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel of record for Defendant, JOSEPH VITACCO, certifies that the following are corporate parents and publicly held corporations that own 10% or more of its stock:

**NONE.**

Date:  Flushing, New York
    February 08, 2008

Yours, etc.,

**GARY JOHN DMOCH & ASSOCIATES**

By: s/
   Gary J. Dmoch, (GD 9667)
   171-22 Northern Boulevard
   Flushing, NY 11358
   Telephone: 718-939-4444
   Facsimile:  718-445-2520
   Attorneys for Defendant Moon & Assoc., P.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 7.1 Statement has this 8th day of February, 2008 been sent via first class mail, postage prepaid, to Plaintiff, Timothy C. Duran at 330 Commercial Street, San Jose, California 95112 and to counsel for Defendants J.C. Refinishing Contracting Corp., Kevin J. Kiley, Esq., at the Law Offices of Kiley, Kiley & Kiley PLLC, 107 Northern Boulevard, Suite 304, Great Neck, New York 11021

This 8th day of February, 2008.

s/_____
Pantelis Skulikidis
