UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Timothy C. Duran,

                07 Civ. 11584 (CM)(DFE)

         Plaintiff(s),

                ORDER OF REFERENCE
   -against-             TO A MAGISTRATE JUDGE

J.C. Refinishing Contracting Corp., et al,

         Defendant(s).
----------------------------------------X

The above entitled action is referred to the Honorable Douglas F. Eaton, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*

    Discovery Dispute

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Settlement*

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

\_\_\_ Inquest After Default/Damages Hearing

    Particular Motion:_____

    All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: May 6th, 2008
New York, New York

SO ORDERED:

*[signature]*

Hon. Colleen McMahon
United States District Judge

Copies mailed/faxed/handed to counsel on 5/6/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/08