UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Timothy C. Duran,

                  Plaintiff(s),                    07 Civ. 11584 (CM) (DFE)

               -against-                         **ORDER**

J.C. Refinishing Contracting Corp., et al,

                  Defendant(s),

-----------------------------------------------------------x

It having been reported to this Court that the above entitled action has been settled,

IT IS ORDERED that the action be, and the same hereby is, discontinued with

prejudice but without costs; provided, however, that if settlement is not consummated within thirty

(30) days of the date of this order, either party may apply by letter for restoration of the action to the

calendar of the undersigned. Any such application must be made before the thirty (30) days have

expired, or it will be denied. Any such application timely made will be granted.

                                                     _____
                                                  **Colleen McMahon, U.S.D.J.**

Dated: New York, New York
       May 30, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

Copies mailed /faxed/handed to counsel on 5 /30/ 08