UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, New York, NY 100007



TIMOTHY C. DURAN

        Plaintiff Pro Se

        against

J. C. REFINISHING CONTRACTING CORP.,
TYLMAN R. MOON & ASSOCIATES, P. A. and
HARVEY HOME ELECTRONICS

        Defendants

07 Civ 11584 (CM) (DFE)

**NOTICE OF
INTERLOCUTORY
APPEAL IN A CIVIL CASE**

Notice is hereby given that Timothy C. Duran, Plaintiff Pro Se, hereby appeals to the

United States Court of Appeals for the Second Circuit from the order of Judge McMahon, in

denying further discovery dated November 17, 2008.

Dated: San Jose, California

December 3, 2008

Timothy C. Duran, Pro Se
330 Commercial Street
San Jose, CA 95112

PHONE:   408-275-1555
FAX:       -287-6075